# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | DOCKET NO. 25-4200 |
| | ) | |
| *Plaintiff-Appellant,* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| **JERMAINE DERRICK CARSON, JR.,** | ) | |
| | ) | |
| *Defendant-Appellee.* | ) | |

_____

## <u>MOTION FOR EXTENSION OF TIME</u>

The United States moves this Court, pursuant to Fed.R.App.P. 26(b), to enlarge the time for filing its opening brief this appeal by two weeks, or until November 19, 2025, for the reasons described below.

1.   The United States' response to Jermaine Carson's opening brief is due today, November 5, after two extensions of time.

2.   The undersigned presented two oral arguments before this Court two weeks ago and is currently working on an appellate response brief due in this Court next week.   The undersigned also has four other appellate briefs due in the next several weeks.   For these reasons, the United States needs what it anticipates is a final extension of two weeks in which to respond to Carson's opening brief.

3.      Carson's counsel generously consents to this extension request.

WHEREFORE, the United States respectfully requests an enlargement of time until November 19, 2025, in which to file the United States' opening and response briefs.

RESPECTFULLY SUBMITTED, this 5th day of November, 2025.

RUSS FERGUSON
UNITED STATES ATTORNEY

s/Amy E. Ray
Assistant United States Attorney
Room 233, U.S. Courthouse
100 Otis Street
Asheville, North Carolina   28801
Telephone:   (828) 271-4661
Fax:   (828) 271-4670
E-mail:   Amy.Ray@usdoj.gov

# CERTIFICATE OF SERVICE

I certify on this 5th day of October, 2025, that a copy of the foregoing *Motion for Extension of Time* will be served on Carson serving his counsel of record through electronic case filing.

s/Amy E. Ray
Assistant United States Attorney
USAO Asheville, NC